NUMBER 13-11-00251-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE HERSHEL PRICE AND THE TEXAS MEDICAL BOARD

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices
Rodriguez and Benavides

Memorandum Opinion Per Curiam[1]

Relators, Hershel
Price and the Texas Medical Board, filed a “Conditional Petition for Emergency
Writ of Mandamus” on April 18, 2011.  Relators have now filed a motion to
dismiss this original proceedings on grounds that the parties have resolved
their dispute.  

The Court, having
examined and fully considered the motion to dismiss, is of the opinion that the
motion should be granted.  Accordingly, we GRANT the motion to dismiss and
DISMISS this original proceeding without regard to the merits. 

 

 

                                               
                                            

                                                                                    PER
CURIAM

 

 

Delivered and filed the

20th day of April, 2011.

 

                                                            









[1] See Tex. R. App. P. 52.8(d) (“When denying relief, the court may
hand down an opinion but is not required to do so.”); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).